IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANE W. SIRON,

    Plaintiff,

v.                                                                                  CASE NO. 1:12-cv-00005-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 5, 2012. (Doc. 13). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The final decision of the Commissioner of Social Security denying plaintiff's application for disability benefits and Supplemental Security Income is AFFIRMED.

**DONE AND ORDERED** this  *3rd* day of January, 2013

                                                    *s/Maurice M. Paul*
                                              Maurice M. Paul, Senior District Judge